# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
Appellant,
vs.
CANDICE KATIE TOWNER,
Respondent.

No. 83615

**FILED**

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's "objection" to a postjudgment order that denied appellant's motion for a birth certificate, motion to disestablish paternity, motion to modify child custody and support, and motion for the return of federal stimulus money. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

The order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying an objection to an order. To the extent the order denies a motion for reconsideration or rehearing, such orders are not independently appealable. *Alvis v. State,*

21-30331

*Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983) (holding that an order denying a motion for rehearing is not appealable), *overruled on other grounds by AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
Candice Katie Towner
Eighth District Court Clerk